UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEO WEATHERS,

    Plaintiff,

v.    Case No. 08-14788

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.
                                                 /

**AMENDED[1] JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Judgment, and Denying Plaintiff's Motion for Judgment," dated October 28, 2009,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Mutual of Omaha Insurance Company, and against Plaintiff Leo Weathers.

Dated at Detroit, Michigan, this   4th   day of November, 2009.

                                                DAVID J. WEAVER
                                              CLERK OF THE COURT

                              BY: S/Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\08-14788.WEATHERS.Amended.Judgment.wpd

---

[1] The court erroneously named the wrong parties in the body of the original judgment, filed on October 28, 2009.